# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Pablo Canales-Casillas,<br>a.k.a.: Pablo Casillas-Canales,<br>a.k.a.: Pablo Canales,<br>a.k.a.: Pablo Casillas,<br>(A037 537 629)<br>*Defendant* | )<br>)<br>) Case No. 17-7517 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 18, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Pablo Canales-Casillas, an alien, was found in the United States of America at or near Surprise, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Del Rio, Texas, on or about April 16, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brooke T. Afshari

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 19, 2017

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 18, 2017, the Arizona Department of Public Safety (AZDPS) encountered Pablo Canales-Casillas while conducting a vehicle stop near Surprise, Arizona. AZDPS Trooper Shurteff suspected Canales-Casillas to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response (LEAR) Unit for assistance. ICE Officer R. Silva telephonically interviewed Canales-Casillas and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, LEAR agents responded to the scene and transported Canales-Casillas to the Phoenix ICE office for further investigation and processing. Canales-Casillas was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Pablo Canales-Casillas to be a citizen of Mexico and a previously deported criminal alien. Canales-Casillas was removed from the United States to Mexico through Del Rio, Texas, on or about April 16, 2015, pursuant

1

to a removal order issued by an immigration judge. There is no record of Canales-Casillas in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Canales-Casillas' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Pablo Canales-Casillas was convicted of Attempted Possession of Marijuana, and Money Laundering in the Second Degree, both felony offenses, on February 23, 2010, in the Superior Court of Arizona, Maricopa County. Canales-Casillas was sentenced to three and one half (3.5) years' incarceration and four (4) years' probation. Canales-Casillas' criminal history was matched to him by electronic fingerprint comparison.

5. On October 19, 2017, Pablo Canales-Casillas was advised of his constitutional rights. Canales-Casillas freely and willingly acknowledged his rights and agreed provide a statement under oath. Canales-Casillas stated that his true and complete name is Pablo Canales-Casillas and that he is a citizen of Mexico. Canales-Casillas stated that he illegally entered the United States in 2014, through Sonora. Canales-Casillas further stated that he had been removed from the United States to Mexico on one (1) occasion.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 18, 2017, Pablo Canales-Casillas, an alien, was found in the United States of America at or near Surprise, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at Del Rio, Texas, on or about April 16, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

---

Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 19th day of October, 2017.

---

Bridget S. Bade,
United States Magistrate Judge

3